| | |
|---|---|
| REED COLFAX, *pro hac vice* <br> JENNIFER I. KLAR, *pro hac vice* <br> YIYANG WU, *pro hac vice* <br> REBECCA LIVENGOOD, *pro hac vice* <br> LILA MILLER (S. B. # 310614) <br> TAHIR DUCKETT, *pro hac vice* <br> SASHA SAMBERG-CHAMPION, *pro hac vice* <br> RELMAN COLFAX PLLC <br> 1225 19th St. NW, Suite 600 <br> Washington, D.C. 20036 <br> Telephone: (202) 728-1888 <br> Fax: (202)-728-0848 <br> ywu@relmanlaw.com <br> rcolfax@relmanlaw.com <br> lmiller@relmanlaw.com <br> rlivengood@relmanlaw.com <br> tduckett@relmanlaw.com <br> jklar@relmanlaw.com <br> ssamberg-champion@relmanlaw.com <br><br> *Attorneys for all Plaintiffs* <br><br> [Additional counsel listed on signature page] | ELIZABETH L. MCKEEN (S.B. #216690) <br> emckeen@omm.com <br> DANIELLE N. OAKLEY (S.B. #246295) <br> doakley@omm.com <br> EDGAR MARTINEZ (S.B. #255503) <br> emartinez@omm.com <br> O'MELVENY & MYERS LLP <br> 610 Newport Center Drive, 17th Floor <br> Newport Beach, California 92660-6429 <br> Telephone: (949) 823-6900 <br> Facsimile: (949) 823-6994 <br><br> *Attorneys for Defendant* <br> *Federal National Mortgage Association* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), <br><br> Defendant. | Case No. 4:16-cv-06969-JSW <br><br> **JOINT STATUS REPORT REGARDING SETTLEMENT** |

1    Plaintiffs National Fair Housing Alliance, *et al.*, and defendant Federal National Mortgage Association ("Fannie Mae") respectfully submit this Joint Status Report Regarding Settlement pursuant to the Court's December 13, 2019 order. (Dkt. 86.)

As the parties noted at the December 13, 2019 initial case management conference, the parties have engaged in settlement discussions in this matter. The parties' discussions have continued since that time. The parties met in person on December 18, 2019 to discuss potential settlement, and both parties have exchanged settlement proposals. The parties continue to engage in discussions and do not seek referral to formal ADR at this time. One or both parties may seek such a referral in the future. The parties have both served discovery requests and are engaging in discovery at the same time as exchanging settlement proposals.

| | |
|---|---|
| Dated: February 11, 2020 | Dated: February 11, 2020 |
| **RELMAN COLFAX PLLC** | **O'MELVENY & MYERS LLP** |
| */s/     Yiyang Wu*<br>REED COLFAX<br>JENNIFER I. KLAR<br>YIYANG WU<br>REBECCA LIVENGOOD<br>LILA MILLER<br>TAHIR DUCKETT<br>SASHA SAMBERG-CHAMPION<br>1225 19th St. NW, Suite 600<br>Washington, D.C. 20036<br>(202) 728-1888 | */s/     Danielle N. Oakley*<br>ELIZABETH L. MCKEEN<br>DANIELLE N. OAKLEY<br>EDGAR H. MARTINEZ<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, California 92660-6429<br>(949) 823-6900<br><br>*Attorneys for Defendant* |
| *Attorneys for all Plaintiffs* | |
| **DANE LAW LLC**<br>STEPHEN M. DANE<br>312 Louisiana Avenue<br>Pettysburg, OH 43551<br>(419) 873-1814<br>sdane@fairhousinglaw.com | |
| *Attorney for all Plaintiffs* | |
| **FAIR HOUSING ADVOCATES<br>OF NORTHERN CALIFORNIA**<br>CASEY EPP<br>1314 Lincoln Ave., Suite A<br>San Rafael, CA 94901<br>(415) 457-5025<br>casey@fairhousingnorcal.org | |

*Attorney for Plaintiff Fair Housing*
*Advocates of Northern California*

**NATIONAL FAIR HOUSING ALLIANCE**
MORGAN WILLIAMS
1331 Pennsylvania Ave., NW, Suite 610
Washington, D.C. 20004
(202) 898-1661
mwilliams@nationalfairhousing.org

*Attorney for Plaintiff NFHA*

**ATTESTATION**

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 11, 2020

O'Melveny & Myers LLP

By: /s/ *Danielle N. Oakley*
Danielle N. Oakley