1  REED N. COLFAX, *pro hac vice*
   JENNIFER I. KLAR, *pro hac vice*
2  YIYANG WU, *pro hac vice*
   REBECCA LIVENGOOD, *pro hac vice*
3  LILA MILLER (S. B. # 310614)
   EDWARD OLDS, *pro hac vice*
4  RELMAN COLFAX PLLC
5  1225 19th St. NW, Suite 600
   Washington, D.C. 20036
6  Telephone: (202) 728-1888
7  Fax: (202) 728-0848
   rcolfax@relmanlaw.com
8  jklar@relmanlaw.com
   ywu@relmanlaw.com
9  rlivengood@relmanlaw.com
   lmiller@relmanlaw.com
10 tolds@relmanlaw.com

12 *Attorneys for all Plaintiffs*

13 STEPHEN M. DANE, *pro hac vice*
   DANE LAW LLC
14 312 Louisiana Ave.
15 Perrysburg, OH 43551
   Telephone: (419) 873-1814
16 sdane@fairhousinglaw.com

17 *Attorney for all Plaintiffs*

MORGAN WILLIAMS, *pro hac vice*
NATIONAL FAIR HOUSING
ALLIANCE
1331 Pennsylvania Ave., NW, Suite 610
Washington, D.C. 20004
Telephone: (202) 898-1661
mwilliams@nationalfairhousing.org

*Attorney for Plaintiff NFHA*

JULIA GIBBON HOWARD # 321789
FAIR HOUSING ADVOCATES
OF NORTHERN CALIFORNIA
1314 Lincoln Ave., Suite A
San Rafael, CA 94901
Telephone: (415) 457-5025
Fax: (415) 457-6382
julia@fairhousingnorcal.org

*Attorney for Plaintiff Fair Housing Advocates of Northern California*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

**NATIONAL FAIR HOUSING ALLIANCE, *et al.*,**

  Plaintiffs,

v.

**FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"),**

  Defendant.

Case No. 4:16-cv-06969-JSW

**JOINT STATUS REPORT REGARDING SETTLEMENT**

On November 17, 2021, Plaintiffs National Fair Housing Alliance, *et al.* and Defendant Fannie Mae (collectively, "the Parties") filed a Joint Stipulation to Stay Case Deadlines seeking to stay all discovery deadlines pending settlement discussions (Dkt. 130) and the Court entered an order staying discovery deadlines, directing the Parties to file a status report by January 21, 2022, and setting a status conference for January 28, 2022 (Dkt. 131).

After lengthy negotiations, the principal representatives of the Parties have now agreed on language for the settlement agreement. Counsel for the Parties anticipate receiving the approvals and signatures necessary to finalize the settlement within two weeks.

The Parties will either file a stipulation for dismissal or submit a status statement further updating the Court within two weeks.

Dated: January 21, 2022

RELMAN COLFAX PLLC

*/s Reed Colfax*
REED COLFAX
JENNIFER I. KLAR
YIYANG WU
REBECCA LIVENGOOD
LILA MILLER
Edward Olds
1225 19th St. NW, Suite 600
Washington, D.C. 20036
(202) 728-1888
rcolfax@relmanlaw.com
jklar@relmanlaw.com
ywu@relmanlaw.com
rlivengood@relmanlaw.com
lmiller@relmanlaw.com
tolds@relmanlaw.com

*Attorneys for all Plaintiffs*

DANE LAW LLC
STEPHEN M. DANE
312 Louisiana Avenue
Pettysburg, OH 43551

Dated: January 21, 2022

O'MELVENY & MYERS LLP

*/s/ Danielle N. Oakley*
ELIZABETH L. MCKEEN
DANIELLE N. OAKLEY
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660-6429
(949) 823-6900

*Attorneys for Defendant*

(419) 873-1814
sdane@fairhousinglaw.com

*Attorney for all Plaintiffs*

FAIR HOUSING ADVOCATES
OF NORTHERN CALIFORNIA
JULIA GIBBON HOWARD
1314 Lincoln Ave., Suite A
San Rafael, CA 94901
(415) 457-5025
julia@fairhousingnorcal.org

*Attorney for Plaintiff Fair Housing Advocates of Northern California*

NATIONAL FAIR HOUSING ALLIANCE
MORGAN WILLIAMS
1331 Pennsylvania Ave., NW, Suite 610
Washington, D.C. 20004
(202) 898-1661
mwilliams@nationalfairhousing.org

*Attorney for Plaintiff NFHA*

**ATTESTATION**

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 21, 2022                    Relman Colfax PLLC


                                           By: /s/ Rebecca Livengood
                                           Rebecca Livengood

- 4 -
JOINT STATUS REPORT REGARDING SETTLEMENT
Case No. 4:16-cv-06969-JSW