| | | |
|---|---|---|
| 1 | REED N. COLFAX, *pro hac vice* | MORGAN WILLIAMS, *pro hac vice* |
| 2 | JENNIFER I. KLAR, *pro hac vice* <br> YIYANG WU, *pro hac vice* | NATIONAL FAIR HOUSING ALLIANCE |
| 3 | REBECCA LIVENGOOD, *pro hac vice* <br> LILA MILLER (S. B. # 310614) | 1331 Pennsylvania Ave., NW, Suite 610 <br> Washington, D.C. 20004 |
| 4 | SOOHYUN CHOI, *pro hac vice* <br> EDWARD OLDS, *pro hac vice* | Telephone: (202) 898-1661 <br> mwilliams@nationalfairhousing.org |
| 5 | RELMAN COLFAX PLLC | |
| 6 | 1225 19th St. NW, Suite 600 <br> Washington, D.C. 20036 | *Attorney for Plaintiff NFHA* |
| 7 | Telephone: (202) 728-1888 <br> Fax: (202) 728-0848 | |
| 8 | rcolfax@relmanlaw.com | JULIA HOWARD-GIBBON # 321789 |
| 9 | jklar@relmanlaw.com <br> ywu@relmanlaw.com | FAIR HOUSING ADVOCATES <br> OF NORTHERN CALIFORNIA |
| 10 | rlivengood@relmanlaw.com <br> lmiller@relmanlaw.com | 1314 Lincoln Ave., Suite A <br> San Rafael, CA 94901 |
| 11 | schoi@relmanlaw.com <br> tolds@relmanlaw.com | Telephone: (415) 457-5025 <br> Fax: (415) 457-6382 |
| 12 | | julia@fairhousingnorcal.org |
| 13 | *Attorneys for all Plaintiffs* | |
| 14 | STEPHEN M. DANE, *pro hac vice* <br> DANE LAW LLC | *Attorney for Plaintiff Fair Housing Advocates of Northern California* |
| 15 | 312 Louisiana Ave. <br> Perrysburg, OH 43551 | |
| 16 | Telephone: (419) 873-1814 <br> sdane@fairhousinglaw.com | |
| 17 | | |
| 18 | *Attorney for all Plaintiffs* | |

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 22 | **NATIONAL FAIR HOUSING ALLIANCE, *et al.*,** | ) <br> ) Case No. 4:16-cv-06969-JSW <br> ) |
| 24 | Plaintiffs, | ) **STIPULATION OF DISMISSAL** <br> ) **OF ACTION WITH PREJUDICE** |
| 25 | v. | ) **AND ~~PROPOSED~~ ORDER** <br> ) |
| 26 | **FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"),** | ) <br> ) |
| 27 | | ) |
| 28 | Defendant. | ) |

1  WHEREAS, on February 7, 2022, Plaintiffs National Fair Housing Alliance, et al. and Defendant Federal National Mortgage Association ("the Parties") completed the full execution of a Settlement Agreement and General Release ("Settlement Agreement"), and

WHEREAS, all conditions precedent to the dismissal of this action with prejudice have been met,

THEREFORE, IT IS HEREBY STIPULATED by and between the Parties through their designated counsel that the above-captioned action should be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

IT IS SO STIPULATED.

Dated: February 18, 2022

RELMAN COLFAX PLLC

/s/ Reed Colfax
REED N. COLFAX
JENNIFER I. KLAR
YIYANG WU
REBECCA LIVENGOOD
LILA MILLER
SOOHYUN CHOI
EDWARD OLDS
1225 19th St. NW, Suite 600
Washington, D.C. 20036
(202) 728-1888
rcolfax@relmanlaw.com
jklar@relmanlaw.com
ywu@relmanlaw.com
rlivengood@relmanlaw.com
lmiller@relmanlaw.com
schoi@relmanlaw.com
tolds@relmanlaw.com

*Attorneys for all Plaintiffs*

Dated: February 18, 2022

O'MELVENY & MYERS LLP

/s/ Danielle Oakley
ELIZABETH L. MCKEEN
DANIELLE N. OAKLEY
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660-6429
(949) 823-6900

*Attorneys for Defendant*

1  DANE LAW LLC
   STEPHEN M. DANE
2  312 Louisiana Avenue
   Perrysburg, OH 43551
3  (419) 873-1814
4  sdane@fairhousinglaw.com

5  *Attorney for all Plaintiffs*

6  FAIR HOUSING ADVOCATES
   OF NORTHERN CALIFORNIA
7  JULIA GIBBON HOWARD
8  1314 Lincoln Ave., Suite A
   San Rafael, CA 94901
9  (415) 457-5025
   julia@fairhousingnorcal.org
10

11 *Attorney for Plaintiff Fair Housing*
   *Advocates of Northern California*
12

13 NATIONAL FAIR HOUSING ALLIANCE
   MORGAN WILLIAMS
14 1331 Pennsylvania Ave., NW, Suite 610
   Washington, D.C. 20004
15 (202) 898-1661
   mwilliams@nationalfairhousing.org
16

17 *Attorney for Plaintiff NFHA*

18

19

20

21

22

23

24

25

26

27

28

1                                    **~~PROPOSED~~ ORDER**

2        The Court having considered the Stipulation of the Parties, and good cause appearing therefore, orders that this action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A). The case is hereby DISMISSED. The Clerk of Court is directed to close this case.

                                         IT IS SO ORDERED.

Dated: February 22, 2022

                                       HON. JEFFREY S. WHITE
                                       UNITED STATES DISTRICT JUDGE